IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND W. SHADEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CV-00904-SRB |
| | ) | |
| BIG LOTS STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO REMAND AND FOR FEES PURSUANT TO 28 U.S.C. § 1447(c)

COMES NOW Plaintiff Raymond W. Shadel, by and through under signed counsel, and hereby moves this Court for an Order pursuant to 28 U.S.C. § 1447(c), remanding this case to the Circuit Court of Jackson County, Missouri at Independence, for the reasons set out in Plaintiff's contemporaneously filed Memorandum of Law.

Plaintiff also requests an award of fees and costs pursuant to 28 U.S.C. § 1447, because Defendant lacked an objectively reasonable basis for seeking removal of this action, as set out more fully in Plaintiff's contemporaneously filed Memorandum of Law.

Date: December 1, 2020

Respectfully submitted,

 */s/ Robert A. Bruce*
Daniel L. Doyle, MO Bar No. 37305
Robert A. Bruce, MO Bar No. 69985
DOYLE & ASSOCIATES LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: (913) 371-1930
Facsimile: (913) 371-0147
d.doyle@ddoylelaw.com
r.bruce@ddoylelaw.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system to the following:

| | |
|---|---|
| Kathryn A. Lewis<br>HALL & EVANS LLC<br>1111 Main Street, Suite 700<br>Kansas City, MO 64105<br>Telephone: (816) 340-6785<br>Facsimile: (303) 628-3368<br>lewisk@hallevans.com<br>**Attorneys for Defendant** | Mark A. Knueve<br>Brian W. Dressel<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>maknueve@vorys.com<br>bwdressel@vorys.com<br>**Attorneys for Defendant** |

                                      */s/ Robert A. Bruce*
                                      Attorney for Plaintiff